IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CAROLYN MULANAX                                                                   PLAINTIFF

                v.                        Civil No. 05-5003

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                               DEFENDANT

## **JUDGMENT**

On this 19th day of June, 2006, the Court has before it for consideration the request for attorney's fees filed by plaintiff's attorney, Evelyn Brooks, pursuant to the Equal Access to Justice Act, *28 U.S.C. § 2412*. In accordance with the Memorandum Opinion filed in the above styled case on today's date, the Court hereby grants the motion, and plaintiff's attorney is awarded fees and expenses in the amount of $3,391.77 under *28 U.S.C. § 2412*.

IT IS SO ORDERED.

                                                                           /s/ Bobby E. Shepherd
                                                                       HONORABLE BOBBY E. SHEPHERD
                                                                       UNITED STATES MAGISTRATE JUDGE